```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorneys for Defendant
 6  TRACY N. BEASLEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:12-CR-00034-GGH |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION ORDER TO CONTINUE |
| v. | ) DEADLINES TO FILE MOTIONS IN |
| | ) LIMINE |
| TRACY N. BEASLEY, | ) |
| Defendant. | ) Date:  May 21, 2012 |
| | ) Time:  9:00 a.m. |
| _____ | ) Judge: Hon. Gregory G. Hollows |

The United States Attorney through his respective counsel, JUSTIN LEE, Special Assistant United States Attorney, and LINDA C. HARTER, Attorney for TRACY N. BEASLEY, hereby stipulate to continue the deadlines to file and respond to motions in limine.

Currently, defense motions in limine are due to be filed with the court on May 7, 2012, with responses due by the government on May 14, 2012. Linda Harter, attorney for Ms. Beasley, has been seriously and unexpectedly ill for the last week, and is therefore unable to file motions in limine on May 7, 2012 as requested by the Court.

Accordingly, the parties jointly request that the deadline for defense counsel to file motions in limine be continued to May 9, 2012,

1  and the deadline for the government to respond be continued to May 16,
2  2012.
3  Dated: May 7, 2012                    Respectfully submitted,
4
5                                        DANIEL BRODERICK
                                         Federal Defender
6
7                                        /s/ Linda C. Harter
                                         LINDA C. HARTER
8                                        Assistant Federal Defender
                                         Attorney for TRACY N. BEASLEY
9
10 Dated: May 7, 2012                    BENJAMIN B. WAGNER
                                         United States Attorney
11
12                                       /s/ Justin Lee
                                         JUSTIN LEE
13                                       Special Assistant U.S. Attorney
14
15                                  O R D E R
16 **IT IS SO ORDERED.**
17 DATED: May 8, 2012
18
19                            /s/ Gregory G. Hollows
20                        UNITED STATES MAGISTRATE JUDGE

-2-